IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER COSTA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3248 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and NATIONAL PRACTITIONER DATA BANK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by December 12, 2005, file their Report of Parties' Planning Conference.

DATED November 25, 2005.

/s/   *David L. Piester*
United States Magistrate Judge