IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER COSTA, M.D., | ) | |
| | ) | CASE NUMBER: 4:05CV3248 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | ORDER |
| U.S. Department of Health and Human | ) | |
| Services, and his Successors; UNITED | ) | |
| STATES DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES; and the | ) | |
| NATIONAL PRACTITIONER DATA | ) | |
| BANK, an Entity of and Run by the U.S. | ) | |
| Department of Health and Human Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered Defendants' motion for extension of time (filing no. 14) to

extend the time by which the parties will file their Report of Parties' Planning Conference, and

finds that said motion should be approved.

IT THEREFORE HEREBY IS ORDERED that the parties shall file their Report of

Parties' Planning Conference not later than December 23, 2005.

DATED this 12th day of December, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

-1-