IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER COSTA, M.D., | ) | 4:05CV3248 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, and his Successors; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the NATIONAL PRACTITIONER DATA BANK, an Entity of and Run by the U.S. Department of Health and Human Services, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' planning conference report (filing 16), the court finds that this case should be resolved on cross-motions for summary judgment, based upon the administrative record, and that the parties' proposed briefing schedule should be adopted. Accordingly,

IT IS ORDERED that:

1. Defendants shall file the administrative record not later January 31, 2006;

2. Plaintiff and Defendants shall file cross-motions for summary judgment not later than March 1, 2006, supported by briefs in the form prescribed by NECivR 56.1(a);

3. Plaintiff and Defendants shall file briefs in opposition not later than March 30, 2006, in the form prescribed by NECivR 56.1(b)(1);

4. Plaintiff and Defendants may file reply briefs not later than April 20, 2006; and

5. This case shall be ripe for decision on April 21, 2006, based upon the administrative record and briefs then on file.

December 29, 2005.                    BY THE COURT:

                                                       s/ *Richard G. Kopf*
                                                       United States District Judge

2