IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JAN 31   PM 3: 45

OFFICE OF THE CLERK

| | | |
|---|---|---|
| CHRISTOPHER COSTA, M.D., | ) | |
| | ) | 4:05CV3248 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | ORDER |
| U.S. Department of Health and Human | ) | |
| Services, and his Successors; UNITED | ) | |
| STATES DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES; and the | ) | |
| NATIONAL PRACTITIONER DATA | ) | |
| BANK, an Entity of and Run by the U.S. | ) | |
| Department of Health and Human Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on the government's motion to file under seal

the Administrative Record, the Declaration of Robert E. Oshel, Ph.D., certifying the

administrative Record, and the Index of the Administrative Record, filing no. ____.

The Court finds the motion should be and is hereby granted, and orders the Clerk

to file the foregoing materials with the Court under seal.

DATED this _31st_ day of January, 2006.

BY THE COURT:

David L. Piester
United States Magistrate Judge
Assistant United States Attorney