AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
OF THE _____ District of _____ NEBRASKA _____

CHRISTOPHER COSTA, M.D.,

v.

MICHAEL O. LEAVITT, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
and the NATIONAL PRACTITIONER DATA BANK.

**BILL OF COSTS**

Case Number: 4:05CV3248

Judgment having been entered in the above entitled action on July 26, 2006 against Defendants Michael O. Leavitt, United States Department of Health and Human Services, and the National Practitioner Data Bank, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk............................................................................................................. | $ 250.00 |
| Fees for service of summons and subpoena................................................................. | 31.13 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ............................................................................ | |
| Fees for witnesses (itemize on reverse side) ................................................................ | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case...................... | |
| Docket fees under 28 U.S.C. 1923 ............................................................................... | |
| Costs as shown on Mandate of Court of Appeals........................................................ | |
| Compensation of court-appointed experts .................................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | |
| Other costs (please itemize)......................................................................................... | |
| TOTAL | $ 281.13 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs, with attachments was served today upon defendants' attorney, Paul Boeshart, by electronic filing.

Signature of Attorney: _____

Name of Attorney: Sally A. Rasmussen

For: Christopher Costa, M.D.
Name of Claiming Party

Date: August 8, 2006

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                Deputy Clerk                 Date

**KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP**  ATTORNEYS AT LAW

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 09/23/05 | US DISTRICT COURT FOR THE DISTRICT OF NE FILING FEE FOR COMPLAINT RE: COSTA | 22965 | 250.00 | | 250.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | Ded: | Net: |
|---|---|---|---|---|---|
| 09/23/05 | 16622 | | 250.00 | 0.00 | 250.00 |

16622

---

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the

ERK, U.S. DISTRICT COU

LINCOLN, NE
L407308

------------------------------------
RECEIVED FROM:
KNUDSEN BERKHEIMER LAW FIRM
------------------------------------
Tender Type: CHECK
Accounting Strip:

05-086900

    Amount:            $60.00

Remarks:

Accounting Strip:

05-510000

    Amount:           $190.00

Remarks: NEW CASE COSTA V.
         LEAVITT, ET AL 4:05CV3248

------------------------------------
Tender Subtotal:      $250.00
Receipt Total:        $250.00
====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date: 9/23/05
Clerk: ---------------------

          JAR1

KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT
- CHARGE SLIP -

Photocopy ☒    Postage ☒    Telecopy ☐

Client ..... Costa .....

Case ..... Pinnacle Bank .....

Acct. No. ..... 22965 ..... Date ..... 9-26-05 .....

No. of Copies ..... 66 ..... Amount ..... 30.07 .....

Document ..... Summons & Complaint sent certified (multiple defendants)

By ..... clh .....

| | Client | Trans Date | Amount | |
|---|---|---|---|---|
| **Expenses** | | | | |
| | 22965.0000 | 09/23/2005 | 2.40 | Photocopies - at $.12 each - 20 pages - Complaint and Summonses<br>COSTA, M.D./ CHRIS<br>Data Bank Appeal |
| ✱ | 22965.0000 | 09/23/2005 | 1.06 | Postage - Complaint and Summonses<br>COSTA, M.D./ CHRIS<br>Data Bank Appeal |
| ✱ | 22965.0000 | 09/27/2005 | 30.07 | Postage - Summonses and Complaint (sent certified)<br>COSTA, M.D./ CHRIS<br>Data Bank Appeal |
| | 22965.0000 | 09/27/2005 | 7.92 | Photocopies - at $.12 each - 66 pages - Summonses and Complaint<br>COSTA, M.D./ CHRIS<br>Data Bank Appeal |
| | 22965.0000 | 10/31/2005 | 0.96 | Photocopies - at $.12 each - 8 pages - Returns of Service<br>COSTA, M.D./ CHRIS<br>Data Bank Appeal |
| | 22965.0000 | 10/31/2005 | 0.60 | Postage - Returns of Service<br>COSTA, M.D./ CHRIS<br>Data Bank Appeal |
| **Total for Expenses** | | Billable | 43.01 | |
| **Advances** | | | | |
| | 22965.0000 | 09/23/2005 | 250.00 | US DISTRICT COURT FOR THE DISTRICT OF NE FILING FEE FOR COMPLAINT<br>COSTA, M.D./ CHRIS<br>Data Bank Appeal |
| ✱ **Total for Advances** | | Billable | 250.00 | |

**GRAND TOTALS**

| | Billable | 293.01 |
|---|---|---|

✱ Reflects costs requested per Bill of Costs.

*[signature]*