IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER COSTA, M.D., | ) | CASE NO. 4:05CV3248 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | |
| U. S. Department of Health and | ) | EXHIBIT INDEX IN SUPPORT OF |
| Human Services, and his Successors; | ) | PLAINTIFF'S MOTION FOR |
| UNITED STATES DEPARTMENT | ) | ATTORNEY FEES |
| OF HEALTH AND HUMAN SERVICES; | ) | |
| and the NATIONAL PRACTITIONER | ) | |
| DATA BANK, an Entity of and Run by | ) | |
| the U.S. Department of Health and | ) | |
| Human Services, | ) | |
| | ) | |
| Defendants. | ) | |

Comes now the plaintiff, by and through counsel, and hereby submits the following exhibits in support of plaintiff's motion for attorney fees.

Exhibit 1:   Affidavit of Sally A. Rasmussen with attachment 1-A;

Exhibit 2:   Affidavit of David M. Woodke.

                                        CHRISTOPHER COSTA, M.D., Plaintiff

                        BY:   s/ Sally A. Rasmussen
                              Sally A. Rasmussen, #19019
                              KNUDSEN, BERKHEIMER,
                              RICHARDSON & ENDACOTT, LLP
                              1248 O Street, #1000
                              Lincoln, NE  68508
                              402/475-7011
                              srasmussen@knudsenlaw.com

1

Certificate of Service

The undersigned attorney hereby certifies that on August 9, 2006 a true and correct copy of the foregoing Exhibit Index was served upon defendants' attorney, Paul D. Boeshart, by electronic filing.

BY: / Sally A. Rasmussen
Sally A. Rasmussen, #19019