IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER COSTA, M.D., | ) | CASE NO. 4:05CV3248 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | AFFIDAVIT OF SALLY A. RASMUSSEN |
| U. S. Department of Health and | ) | IN SUPPORT OF PLAINTIFF'S |
| Human Services, and his Successors; | ) | MOTION FOR ATTORNEY FEES |
| UNITED STATES DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES; | ) | |
| and the NATIONAL PRACTITIONER | ) | |
| DATA BANK, an Entity of and Run by | ) | |
| the U.S. Department of Health and | ) | |
| Human Services, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| STATE OF NEBRASKA    ) | |
|                     ) ss. | |
| COUNTY OF LANCASTER ) | |

Sally A. Rasmussen, being first duly sworn upon oath, deposes and states as follows:

1.   I am the attorney of record for plaintiff Christopher Costa, M.D. in the above-captioned case.

2.   This affidavit is being offered in support of plaintiff's Motion for Attorney Fees.

3.   Attached hereto as Exhibit 1-A and incorporated herein by this reference, is an itemization of attorney time personally expended by Sally A. Rasmussen, Jocelyn Walsh Golden (associate) and Carly J. Beusch (associate) in connection with the representation of plaintiff in the above-captioned case. Said itemization reflects (by asterisk) those charges and services setting forth the necessary hours directly attributable only to the pursuit of the representation of plaintiff with respect to the filing of the complaint, the filing of the motion for summary

1



judgment, the briefing and legal research in support of plaintiff's motion for summary judgment and in opposition to defendants' motion for summary judgment and compliance with the court's periodic orders herein.

4. I have been actively engaged in the practice of law for sixteen (16) years, during which period of time I have engaged in federal, state, and administrative litigation, with a focus on general civil litigation and appellate practice.

5. I am a partner in the Lincoln firm of Knudsen, Berkheimer, Richardson, & Endacott, LLP. I am a member of the Lincoln and Nebraska State Bar Associations. I am also a member of the Nebraska Association of Trial Attorneys.

6. I am admitted to practice in all Nebraska courts, the United States District Court for the District of Nebraska, the Eighth Circuit Court of Appeals, and the United States Supreme Court.

7. I have become familiar with the hourly rates that attorneys and associates charge who are active in practicing law in the United States District Court for the District of Nebraska in cases that are similar to the above-captioned case. I believe a reasonable hourly rate for the services that I performed on behalf of plaintiff in the above-captioned case is One Hundred Twenty-Five Dollars ($125.00) per hour. I believe a reasonable hourly rate for the services performed by Jocelyn Walsh Golden and Carly J. Beusch is $95.00.

8. I certify that the attorney fees listed in the attached itemization are correct, have been necessarily incurred in this case, and that the services for which fees have been charged were actually and necessarily performed.

9. The time expended of 51.20 hours for Sally A. Rasmussen, 4.5 hours for Jocelyn

2

Walsh Golden and 2.8 hours for Carly J. Beusch was reasonable for the nature of this case and the experience and expertise of the attorneys involved.

10. A reasonable attorney fee for the necessary hours directly attributable only to the pursuit of the representation of plaintiff with respect to the filing of the complaint, the filing of the motion for summary judgment, the briefing and legal research in support of plaintiff's motion for summary judgment and in opposition to defendants' motion for summary judgment and compliance with the court's periodic orders herein based upon my hourly rate for the hours I expended along with the hours expended by associate attorneys Jocelyn Walsh Golden and Carly J. Beusch, is $7,093.50.

_8/9/06_
Date

_____
Sally A. Rasmussen, #19010

SUBSCRIBED AND SWORN TO before me on this 9th day of August, 2006 by Sally A. Rasmussen, an individual who is personally known to me or who produced satisfactory identification.



_Carol L. Hanson_
Notary Public

### Certificate of Service

The undersigned attorney hereby certifies that on August 9, 2006 a true and correct copy of the foregoing Affidavit, with attachments was served upon defendants' attorney, Paul D. Boeshart, by electronic filing.

BY: / Sally A. Rasmussen
Sally A. Rasmussen, #19019

# KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

ATTORNEYS AT LAW
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID #   47-0395621

Page:   1
January 1, 2006

CHRIS COSTA, M.D.
514 9TH ST.
GOTHENBURG, NE   69138

Account No:   22965.0000
Statement No:   21

$ _____
Amount Enclosed

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

---

CIVIL LITIGATION

THIS STATEMENT INCLUDES PAYMENTS RECEIVED THROUGH 01/01/2006

PREVIOUS BALANCE

### FEES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/09/2005 | SAR | Review of and analysis of decision by HHS Secretary | 0.50 |
| 09/16/2005 | CJB | Telephone conference with/voicemail to Joyce Brentley of Health and Human Services | 0.10 |
| 09/19/2005 | CJB | Telephone conferences with Joyce Brentley regarding Administrative Procedures Act and appeals from Secretarial decisions | 0.30 |
| 09/20/2005 | SAR | Telephone conference with Regina at Data Band | 0.20 |
|  | SAR | Telephone conference with Lety Costa | 0.20 |

---

Name on Credit Card _____

Billing Address _____

Please Charge $ _____ on the following:

☐ Visa    ☐ MasterCard

Card Number [                    ]  Exp. Date (required) [    ]

Card Holder Signature _____

Amount Remitted: _____
Statement Date:   01/01/2006
Statement No.    21
Account No.   22965.0000

TO PAY BY CREDIT CARD PLEASE COMPLETE AND RETURN ABOVE
KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID   47-0395621

www.knudsenlaw.com


PLAINTIFF'S EXHIBIT 1-A

PHONE   402-475-7011
FAX   402-475-8912

Page: 2
CHRIS COSTA, M.D.                                                January 01, 2006
                                                        Account No:   22965-0000M
                                                        Statement No:          21
CIVIL LITIGATION

                                                                             Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/21/2005 | CJB | Telephone conference with the U.S. Attorney's office in Lincoln; voicemail for Sally Johnson | 0.10 |
| | CJB | Telephone conference with Wendy, paralegal with the U.S. Attorney's office in Omaha, regarding service upon government entities | 0.20 |
| | CJB | Telephone conference with Daniel Van Horn, attorney with the United States Department of Justice, regarding service upon government entities | 0.20 |
| | CJB | Telephone conference with/voicemail for Sam Borin, Regional Chief Counsel of the Department of Health and Human Services | 0.10 |
| | SAR | Drafting of Complaint | 2.20 |
| 09/22/2005 | CJB | Telephone conferences with Sam Borin, Regional Chief Counsel for the Department of Health and Human Services | 0.20 |
| | SAR | Drafting of Complaint and Legal research re thereto | 4.30 |
| | SAR | Review of fax from client | 0.10 |
| 09/23/2005 | SAR | Drafting of Praecipe for Summons | 0.50 |
| | SAR | Reorganization of client files - no charge | 1.20 |
| | SAR | Drafting of Summonses (x6) | 1.30 |
| 09/26/2005 | SAR | Correspondence to Mark Novotny, Bill Biggs, Francie Reedmann | 0.30 |
| | | For Current Services Rendered | 12.00 |

**BALANCE DUE**

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 433.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

ATTORNEYS AT LAW
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID #   47-0395621

CHRIS COSTA, M.D.
514 9TH ST.
GOTHENBURG, NE   69138

Page:   1
December 31, 2005
Account No:   22965.0000
Statement No:   20

$ _____
Amount Enclosed

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

CIVIL LITIGATION

THIS STATEMENT INCLUDES PAYMENTS RECEIVED THROUGH 12/31/2005

PREVIOUS BALANCE

### FEES

|  |  | Hours |
|---|---|---:|
| 12/05/2005 | | |
| CJB | ✳ Review of the pleadings and applicable statutory law and the federal rules of civil procedure in a determination of the necessity of filing a responsive pleading | 1.40 |
| 12/22/2005 | | |
| SAR | ✳ Telephone conference with opposing counsel | 0.50 |
| 12/23/2005 | | |
| SAR | ✳ Review of Motion to Extend filed by opposing counsel | 0.10 |

Name on Credit Card _____

Billing Address _____

_____

Please Charge $ _____ on the following:

[ ] Visa        [ ] MasterCard                                      Amount Remitted: _____

| | | | | | | | | | | | | | |      | | | |
Card Number                                   Exp. Date (required)

Statement Date:   12/31/2005
Statement No.   20
Account No.   22965.0000

_____
Card Holder Signature

TO PAY BY CREDIT CARD PLEASE COMPLETE AND RETURN ABOVE
KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

PHONE   402-475-7011
FAX   402-475-8912

FED TAX ID   47-0395621

www.knudsenlaw.com

CHRIS COSTA, M.D.

Page: 2
December 31, 2005
Account No: 22965-0000M
Statement No: 20

CIVIL LITIGATION

| | | | Hours |
|---|---|---|---|
| ✱ SAR | Review (3) Orders, preplanning and scheduling | | 0.30 |
| ✱ SAR | Telephone conference with opposing counsel and draft planning report | | 0.70 |

12/27/2005
| | | | |
|---|---|---|---|
| SAR | E-mail to/from clerk | | 0.20 |
| ✱ SAR | Review of Order | | 0.10 |

12/29/2005
| | | | |
|---|---|---|---|
| ✱ SAR | Review of Court Order | | 0.10 |
| | For Current Services Rendered | | 3.40 |

**TOTAL CURRENT WORK**

**PAYMENTS**

| | | |
|---|---|---|
| 12/01/2005 | Expense Payment for Statement # 18 | |
| 12/01/2005 | Fee Payment for Statement # 17 | |
| 12/01/2005 | Fee Payment for Statement # 18 | |
| | Total Payments | |

**BALANCE DUE**

# KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

ATTORNEYS AT LAW
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID #     47-0395621

Page:                          1
February 28, 2006
Account No:        22965.0000
Statement No:              23

CHRIS COSTA, M.D.
514 9TH ST.
GOTHENBURG, NE   69138

$ _____
Amount Enclosed

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

CIVIL LITIGATION

THIS STATEMENT INCLUDES PAYMENTS RECEIVED THROUGH 02/28/2006

### FEES

|  |  |  | Hours |
|---|---|---|---|
| 02/15/2006 | SAR | Telephone conference with opposing counsel (x2) | 0.20 |
|  | SAR | Drafting of Motion for Summary Judgment | 0.30 |
| 02/16/2006 | SAR | Drafting of Brief in Support of Motion for Summary Judgment | 0.30 |
| 02/17/2006 | SAR | Drafting of Motion for Summary Judgment | 0.50 |
|  |  | For Current Services Rendered | 1.30 |

**TOTAL CURRENT WORK**

**BALANCE DUE**

---

Name on Credit Card _____

Billing Address _____

Please Charge $ _____ on the following:

☐ Visa        ☐ MasterCard                                      Amount Remitted: _____

| | | | | | | | | | | |  | | | | |
|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|

Card Number                                    Exp. Date (required)

Statement Date:    02/28/2006
Statement No.              23
Account No.        22965.0000

Card Holder Signature _____

TO PAY BY CREDIT CARD PLEASE COMPLETE AND RETURN ABOVE
KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID   47-0395621

PHONE   402-475-7011
FAX     402-475-8912

www.knudsenlaw.com

# KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

ATTORNEYS AT LAW
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID #   47-0395621

Page:   1
March 31, 2006
Account No:   22965.0000
Statement No:   24

CHRIS COSTA, M.D.
514 9TH ST.
GOTHENBURG, NE   69138

$ _____
Amount Enclosed

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

CIVIL LITIGATION

THIS STATEMENT INCLUDES PAYMENTS RECEIVED THROUGH 03/31/2006

**PREVIOUS BALANCE**

**FEES**

|  |  |  | Hours |
|---|---|---|---|
| 03/10/2006 ✱ SAR | Drafting of Motion to Extend Scheduling deadline | | 0.70 |
| | For Current Services Rendered | | 0.70 |

**TOTAL CURRENT WORK**

**BALANCE DUE**

---

Name on Credit Card _____

Billing Address _____
_____

Please Charge $ _____ on the following:

☐ Visa     ☐ MasterCard

Card Number [                    ]   Exp. Date (required) [    ]

Card Holder Signature _____

Amount Remitted: _____
Statement Date:   03/31/2006
Statement No.   24
Account No.   22965.0000

TO PAY BY CREDIT CARD PLEASE COMPLETE AND RETURN ABOVE
KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

PHONE   402-475-7011
FAX   402-475-8912

FED TAX ID   47-0395621

www.knudsenlaw.com

# KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

ATTORNEYS AT LAW
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID #   47-0395621

Page:   1
May 31, 2006
Account No:   22965.0000
Statement No:   26

CHRIS COSTA, M.D.
514 9TH ST.
GOTHENBURG, NE   69138

$ _____
Amount Enclosed

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

CIVIL LITIGATION

THIS STATEMENT INCLUDES PAYMENTS RECEIVED THROUGH 05/31/2006

**PREVIOUS BALANCE**

**FEES**

| Date | | Atty | Description | Hours |
|---|---|---|---|---|
| 04/08/2006 | ✱ | SAR | Drafting of appellate brief | 1.80 |
| 04/09/2006 | ✱ | SAR | Drafting of appellate brief | 4.80 |
| 04/10/2006 | ✱ | SAR | Drafting of appellate brief | 5.30 |
| 04/11/2006 | ✱ | JWG | Analysis of statutes and case law | 0.60 |
| | ✱ | SAR | Drafting of appellate brief | 10.30 |
| 04/14/2006 | ✱ | SAR | Drafting of edits to appellate brief | 1.20 |

---

Name on Credit Card _____

Billing Address _____

Please Charge $ _____ on the following:

☐ Visa    ☐ MasterCard

Card Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   Exp. Date (required) [ ][ ][ ][ ]

Card Holder Signature _____

Amount Remitted: _____
Statement Date:   05/31/2006
Statement No.   26
Account No.   22965.0000

TO PAY BY CREDIT CARD PLEASE COMPLETE AND RETURN ABOVE
KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID   47-0395621

PHONE   402-475-7011
FAX   402-475-8912

www.knudsenlaw.com

CHRIS COSTA, M.D.

Page: 2
May 31, 2006
Account No: 22965-0000M
Statement No: 26

CIVIL LITIGATION

| Date | | Atty | Description | Hours |
|---|---|---|---|---|
| 04/25/2006 | ✻ | SAR | Review and analysis of HHS brief on Summary Judgment | 1.80 |
| 05/01/2006 | | JWG | Analysis of initial briefs and case file. | 1.30 |
| 05/02/2006 | ✻ | JWG | Analysis of case law regarding motion for summary judgment briefs. | 3.70 |
| 05/03/2006 | ✻ | JWG | Analysis of case law regarding motion for summary judgment. | 0.20 |
| 05/04/2006 | | JWG | Analysis of case law regarding motions for summary judgment and drafting of memorandum. | 2.20 |
| 05/10/2006 | ✻ | SAR | Drafting of Brief in Opposition to Defendant's Motion for Summary Judgment | 2.80 |
| 05/11/2006 | ✻ | CJB | Analysis of online case and shephardizing of said case | 0.10 |
| | ✻ | SAR | Drafting of brief in opposition to Motion for Summary Judgment | 4.10 |
| 05/12/2006 | ✻ | CJB | Analysis of online cases and shephardizing of said cases | 0.50 |
| | ✻ | SAR | Drafting of Brief in Opposition to Summary Judgment and research in relation thereto | 6.60 |
| 05/13/2006 | ✻ | SAR | Review of brief from opposing counsel | 0.20 |
| | | | **For Current Services Rendered** | 47.50 |

### EXPENSES

| | |
|---|---|
| 04/11/2006 | Toll Call - 14023307403 |
| 04/14/2006 | Postage - Motion for Summary Judgment and Brief |
| 04/14/2006 | Photocopies - at $.12 each - 40 pages - Motion for Summary Judgment and Brief |
| 04/17/2006 | Photocopies - at $.12 each - 39 pages - letters from court |
| 04/17/2006 | Postage - letters from court |
| 05/12/2006 | Photocopies - at $.12 each - 24 pages - briefs |
| 05/12/2006 | Postage - briefs |
| 05/17/2006 | Postage - Pleadings |
| | **Total Expenses** |

**TOTAL CURRENT WORK**

### PAYMENTS

| | |
|---|---|
| 04/05/2006 | Fee Payment for Statement # 23 |
| 04/24/2006 | Fee Payment for Statement # 24 |
| 05/15/2006 | Fee Payment for Statement # 25 |
| 05/24/2006 | Fee Payment for Statement # 25 |
| | **Total Payments** |

**BALANCE DUE**

# KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

ATTORNEYS AT LAW
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID #   47-0395621

Page:   1
June 30, 2006
Account No:   22965.0000
Statement No:   27

CHRIS COSTA, M.D.
514 9TH ST.
GOTHENBURG, NE   69138

$ _____
Amount Enclosed

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

**CIVIL LITIGATION**

THIS STATEMENT INCLUDES PAYMENTS RECEIVED THROUGH 06/30/2006

**PREVIOUS BALANCE**

**FEES**

| | | | | Hours |
|---|---|---|---|---|
| 06/05/2006 | ✶ SAR | Review of Defendant's brief | | 0.20 |
| | | **For Current Services Rendered** | | 0.20 |

**EXPENSES**

| | | |
|---|---|---|
| 06/22/2006 | Toll Call - 14023977824 | |
| | **Total Expenses** | |

**TOTAL CURRENT WORK**

---

Name on Credit Card _____

Billing Address _____

_____

Please Charge $ _____ on the following:

☐ Visa        ☐ MasterCard

Card Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]    Exp. Date (required) [ ][ ][ ][ ]

Card Holder Signature _____

Amount Remitted: _____

Statement Date:   06/30/2006
Statement No.   27
Account No.   22965.0000

TO PAY BY CREDIT CARD PLEASE COMPLETE AND RETURN ABOVE
KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP
1248 "O" STREET, SUITE 1000
LINCOLN, NE 68508-1474

FED TAX ID   47-0395621

PHONE   402-475-7011
FAX   402-475-8912

www.knudsenlaw.com